UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY ALLAN MAXON, ) | |
| ) | |
| Petitioner, ) | Case No. 1:05-cv-645 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| MARY K. BERGHUIS, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

## JUDGMENT

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated: November 7, 2005              /s/ Wendell A. Miles
                                     Wendell A. Miles
                                     Senior United States District Judge