UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JEFFREY ALLAN MAXON, ) | |
| ) | |
| Petitioner, ) | Case No. 1:05-cv-645 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| MARY K. BERGHUIS, ) | |
| ) | |
| Respondent. ) | |
| _____ ) | |

### **ORDER**

In accordance with the Opinion entered this day:

IT IS ORDERED that Petitioner's motion for certificate of appealability (docket #7) is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for extension of time to apply for leave to proceed *in forma pauperis* on appeal (docket #8) is GRANTED. Within thirty days from the date of this order, Petitioner must submit the $255.00 filing fee or file the requisite documents to proceed *in forma pauperis*. If Petitioner fails to pay the filing fee or to file the required documents as described above, the Court of Appeals may dismiss his appeal for want of prosecution.

IT IS FURTHER ORDERED that Petitioner's motion for relief from judgment (docket #9) is DENIED.

Dated: March 6, 2006                                            /s/ Wendell A. Miles
                                                                              Wendell A. Miles
                                                                              Senior U.S. District Judge